```
HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:13-cv-00062 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND  ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE TO** |
| v. ) | **JUNE 6, 2013, AT 9:00 A.M.** |
| ) | |
| SALVADOR GARCIA-CONTRERAS, ) | Date:   May 23, 2013 |
| ) | Time:   9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Nirav K. Desai, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Salvador Garcia-Contreras, that the Court should vacate the status conference scheduled for May 23, 2013, at 9:00 a.m., and reset it for June 6, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, and to consult with Mr. Garcia.

The parties further stipulate that the Court should exclude the period from the date of this order through June 6, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr.

Stipulation and [Proposed] Order             1                          13-62 MCE

1 Garcia's request for a continuance outweigh the best interest of the
2 public and Mr. Garcia in a speedy trial, and that this is an
3 appropriate exclusion of time for defense preparation within the
4 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: May 21, 2013                Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender


Dated: May 21, 2013                BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for
                                   _____
                                   NIRAV K. DESAI
                                   Assistant U.S. Attorney

**ORDER**

In accordance with the foregoing stipulation, the Court orders that the status conference in this matter be continued to June 6, 2013, at 9:00 a.m.  The Court orders time excluded from the date of this order through the status conference on June 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Date: May 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT