HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-cr-00062 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 27, 2013, AT 9:00 A.M.** |
| v. | ) |
| SALVADOR GARCIA-CONTRERAS, | ) Date:  June 3, 2013 |
|  | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Nirav K. Desai, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Salvador Garcia-Contreras, that the Court should vacate the status conference scheduled for June 6, 2013, at 9:00 a.m., and reset it for June 27, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, and to consult with Mr. Garcia.  Counsel for defendant also requires further time to research Mr. Garcia's immigration file.

The parties further stipulate that the Court should exclude the period from the date of this order through June 27, 2013, when it computes the time within which the trial of the above criminal

Stipulation and [Proposed] Order              1                        13-62 MCE

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Garcia's request for a continuance outweigh the best interest of the public and Mr. Garcia in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: June 3, 2013                     Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

Dated: June 3, 2013                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        _____
                                        NIRAV K. DESAI
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued to June 27, 2013, at 9:00 a.m.  The Court orders time excluded from the date of this order through the status conference on June 27, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Date: June 04, 2013

                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT